# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR-32 | 9066258 | Hawkins | 3347 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 10/01/2020  0800
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
38 CFR 1.218(b) - (37)

Place of Offense: 913 NW Garden Valley Blvd, Roseburg, OR 97471

Offense Description: Factual Basis for Charge   HAZMAT ☐

Possession of firearm on VA-Controlled Property

### DEFENDANT INFORMATION

Last Name: Courtright
First Name: Jacob
MI: D

Tag No: 797CQH   State: OR   Year: 2004   Make/Model: Ford Focus   Color: GRN

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500.00 Forfeiture Amount
+ $30 Processing Fee
$ 530.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date: _____   Time: _____

X Defendant Signature: [signed]

Original - CVB Copy

*9066258*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached.

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____   _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident